Cover 2 Investigations, Inc.
New York State license number: 11000137490
Steve DiLorenzo 516-439-4114

## Declaration of Matthew Layne

I, Matthew Layne, declare that I have personal knowledge of the following facts and if called upon could and would testify to the matters contained herein.

1) I, Matthew Layne, witnessed the murder of Gilbert Kelly, on March 15, 2014.

2) I was with five other people when we were confronted on the street by an older man, who was complaining that we were too loud on the block. The man pulled out a knife and we ran across the street.

3) Victorious Kingsberry was standing to my right and the shooter was to the left of Victorious and I when the shot was fired.

4) We immediately ran away and neither I nor Victorious had a gun and neither of us was the shooter.

5) While at the NYPD 88th precinct, a Detective forced me to say that Victorious was the shooter. The Detective said that if I did not name Victorious as the shooter, they would charge me with the murder and face 10 years in prison. They kept saying that Victorious was the shooter over and over.

6) I know it was not Victorious, because we were side by side when the shot went off and we ran away.

7) The police detective took me and Tyquan Burnett to court with the prosecutor and again forced me to lie again saying it was Victorious who murdered Mr. Kelly.

8) On the next court appearance, they again told me to lie and if I did not lie I would be getting 17 years in prison.

9) I feared for my life, I have a son and did not want to go to prison. I was threatened, told to lie in the police station and to the grand jury at the trial.

10) It has been bothering me that I had to lie about an innocent man. I regret lying, but I was forced to and had no other choice. I was feeling the pressure from the prosecutor and the detectives and was scared about facing 17 years for something that Victorious and I did not do.

I declare under the laws of New York State that the above is true and correct. I give this statement of my own free will.
Executed this ____ day of _____, 2020 at _____

_Matthew Layne_
Matthew Layne

STATE OF NEW YORK
COUNTY OF KINGS SS:
SWORN TO BEFORE ME
THIS 24th DAY OF
July 2020

[Notary seal: PRASAD REDDY GUNTAKA, NOTARY PUBLIC, NO. 01GU6078731, QUALIFIED IN NASSAU COUNTY, COMM. EXP. 08-05-2022, STATE OF NEW YORK]