KB My name is Kayla Banks, I am 19 years old and my date of birth is 10-30-97, I reside at 292 Koscuisko St Brooklyn, NY. I am giving this statement to Ronald Dwyer a private investigator, he is writing the statement for me.

KB (1) On or about April 1st, 2014 I was in an apartment with a bunch of friends in Brooklyn. One of the young men in the apartment asked me to carry a gun to a different location. He wanted me to carry it through the streets because he said cops don't check girls for guns. I don't recall the young man's name who gave me the gun. But I do know it was not Victorious Kingsberry who I know for at least two years at the time. Victorious actually tried to tell the young man not to give me the gun. I took the gun and went outside and as I crossed the street I was approached by the cops and one cop said my name, "Kayla stop" and

THE COP SEARCHED MY BAR AND FOUND THE GUN AND ARRESTED ME.

② I KNOW THAT A YOUNG MAN NAMED TY WHO IS APPROXIMATELY 20 YEARS OLD WAS IN THE APARTMENT WHEN I WAS GIVEN THE GUN. TY LEFT THE APARTMENT WITH SOME OTHER KIDS BEFORE I LEFT. WHEN I WAS ARRESTED OUTSIDE TY WAS THERE AND OBSERVED ME BEING ARRESTED

③ A FEW WEEKS LATTER I KNOW VICTORIOUS KINGSBERRY WAS ARRESTED. I WAS NOT SURE WHAT HE WAS ARRESTED FOR. I KNOW AT SOME POINT VICTORIOUS WENT TO TRIAL BUT I DID NOT ATTEND THE TRIAL AND I HAD NOTHING TO DO WITH THE TRIAL IN ANYWAY.

④ I RECEIVED A PHONE CALL FROM VICTORIOUS KINGSBERRY'S MOTHER AND SHE ASKED ME QUESTIONS RELATED TO WHAT TY TESTIFIED TO AT HER SON'S TRIAL. SHE SAID TY TESTIFIED THAT I WAS CARRYING A GUN ON THE DAY OF THE SHOOTING FOR WHICH VICTORIOUS WAS ARRESTED AND THAT VICTORIOUS HAD GIVEN ME THE GUN TO CARRY. SHE SAID TY ALSO TESTIFIED THAT VICTORIOUS

THEN ASKED FOR THE GUN BACK WHILE WE WERE IN THE STREET AND THAT I GAVE IT TO VICTORIOUS. SHE SAID Ty TESTIFIED THAT I WAS PRESENT when VICTORIOUS KINGSBERRY SHOT A MAN IN THE STREET. I TOLD VICTORIOUS' MOTHER THAT EVERYTHING THAT Ty TESTIFIED TO WAS A LIE, NONE OF IT WAS TRUE.

(5) I SWEAR UNDER THE PENALTY OF PERJURY THAT VICTORIOUS KINGSBERRY NEVER GAVE ME A GUN TO CARRY, NEVER ASKED ME TO CARRY A GUN, I NEVER GAVE VICTORIOUS A GUN IN THE STREET AND I NEVER WITNESSED VICTORIOUS SHOOT ANYONE IN THE STREET AND I WAS NOT WITH VICTORIOUS KINGSBERRY AT ALL ON THE DAY THE MAN WAS SHOT WHO VICTORIOUS WAS ACCUSED OF SHOOTING. I SWEAR Ty IS LYING ABOUT ALL OF THIS INFORMATION.

(6) I HAVE REVIEWED THIS 3 PAGE STATEMENT CAREFULLY AND PROVIDED IT FREELY WITHOUT ANY DURESS. I SWEAR THE STATEMENT IS TRUTHFUL AND ACCURATE. Sworn to before me this 9th Day of November 2016.

_Kayla Banks_
KAYLA BANKS

RONALD J. DWYER
Notary Public, State of New York
No. 01DW6035873
Qualified in Suffolk County
Term Expires Jan. 10, 20__

_____
NOTARY